758

In the Matter of JOSEPHINE ROSSI, Appellant, v TOWN OF COLONIE DEPARTMENT OF ASSESSMENT et al., Respondents.

Submitted May 16, 2005; decided June 30, 2005

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.

MICHAEL URFIRER, Appellant, v LESLIE CORNFELD, Respondent.

Submitted May 23, 2005; decided June 30, 2005

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed the dismissal of the complaint, denied; motion for leave to appeal otherwise dismissed upon the ground that the remainder of the Appellate Division order does not finally determine the action within the meaning of the Constitution.